MARY MARINO and RALPH MARINO, as Administrators, etc., of THOMAS MARINO,

Deceased, Respondents, v. ALEX LEVINSON, Doing Business under the Firm Name and Style of SULLIVAN COUNTY PRODUCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.